UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                :
LG ENERGY SOLUTION, LTD.,                :
                :
              Petitioner,           :
                :        23 Civ. 10815 (JPC)
          -v-              :
                :        <u>ORDER</u>
MARENGO BATTERY STORAGE LLC and USGEM,  :
INC.,                :
                :
              Respondents.      :
                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 26, 2024, the Court entered an Order, pursuant to the parties' agreement, directing Respondents to submit to arbitration in New York, and dismissing the Petition to Compel Arbitration, Dkt. 1, without prejudice. Dkt. 31. The parties are directed to submit a joint letter by March 22, 2024, advising the Court of their views on whether, in light of that dismissal, this case should be stayed or terminated.

    SO ORDERED.

Dated: March 15, 2024
       New York, New York
                                            JOHN P. CRONAN
                                        United States District Judge